# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

LARRY BERNARD

NO. 2026 KW 0329

**JUNE 1, 2026**

---

In Re:    Larry Bernard, applying for supervisory writs, 20th
          Judicial District Court, Parish of East Feliciana, No.
          05-CR-335.

---

**BEFORE:    THERIOT, BALFOUR, AND HAGGERTY,[1] JJ.**

   **WRIT DENIED AS MOOT.** The records of the East Feliciana Parish
Clerk of Court's Office reflect that the district court acted on
relator's motion to quash the bill of information, motion to set
aside the invalid verdict, and motion to vacate an invalid illegal
sentence on December 1, 2025.

                              **MRT**
                              **KEB**
                              **BDH**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
     FOR THE COURT

---

[1] **Haggerty, J.,** serving *pro tempore*, by special appointment of the Louisiana
Supreme Court.